**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
x  First  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Chanel Maureen Lindsey          **JOINT DEBTOR:** _____   CASE NO. 14-37139-BKC-RAM
**Last Four Digits of SS# x9481**            **Last Four Digits of SS# x_____**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months. In the event that the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $2,038.56 for months 1 to 31 [7/17];
B. $2,569.27 for months 32 to 60; in
order to pay the following creditors:

**Administrative:**
Attorney's Fees:
Total Attorney Fees and Costs Due Prior Counsel Mitchell J. Nowack: $4,300.00 (application amount, pending award by Court) Total Paid $1,275.00
Total Balance Due under Plan: $3,025.00
Payable: $0.00/mo. (Mos. 1 - 31)
          $104.31/mo. (Mos. 32 – 60)

Total Attorney Fees and Costs Due Jordan E. Bublick: $3,650.00 )
Total Paid $1,275.00
Total Balance Due under Plan: $2,375.00
Payable: $76.61/mo. (Mos. 1 - 31)


**Secured Creditors:** [Retain liens pursuant to 11 USC section 1325 (a)(5)] Mortgage/Liens on real or personal property:

1.Christiana Trust, a division of Wilmington Savings
Fund Society, FSB as Trustee for GFT Mortgage
Loan Trust, Series 2013-1,
c/o Fay Servicing, LLC
Address: 939 W. North Ave., Suite 680
Chicago, IL 60642
Account No.: x8426

         __x____ Arrearge Payoff Secured Claim on Petition Date $7,225.97
         _____         Payment $126.93/month (Months _1__ to _31)
         _____         Payment $113.49/month (Months _32_ to 60)
         _____        Regular Payment $1,172.10/month (Months 1 to 31)
                                 $1,454.87/month (Mos. 32 to 60)*

*for a total of $78,526.27 to cover
3 months at $1,165.50
13 months at $1,278.72
15 months at $1,206.35 and
29 months at $1,390.04

2. Flagler County Tax Collector
Address: P.O. Box 846
Bunnell, FL 32110
Account No.: 0711317081002400260

    _____Arrearge \_x\_\_\_Payoff Secured Claim on Petition Date $2,006.29
    _____ Payment $42.00/month (Months  1  to 31\_)
    _____ Payment $31.58/month (Months   32 to 60)
    Total Due: $2,217.77, including 5.00% interest

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO FRBP 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Ford Motor Credit Company, LLC<br>Dept. 55953<br>PO Box 62180<br>Colorado Springs, CO 80962<br><br>Account: x 4604<br><br>(the "Lender") | Lien on<br>2011 Ford Flex<br><br>(the "Vehicle")<br><br>Value of the Vehicle: $15,962.20<br><br>Value of Lender's interest in the Vehicle:<br><br>$15,962.20<br><br>Amount of Lender's Secured Claim:<br><br>$15,962.20 | 5.25% | $292.98/mo.<br><br>$298.25/mo. | 1 to 31<br><br>32 to 60 | $17,731.61 |

**Priority Creditors:** [as defined in 11 USC section 507]
1._____ Total Due $0.00
    Payable $0.00/mo. (Mos.\_\_\_\_to )
    Regular Payment $_____

**Unsecured Creditors:** Pay $259.68/mo. (Mos. 1 to 31) and $309.99/mo. (Mos. 32 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other provisions not included above:**

**Pay Direct Provision**

The Debtor(s) intend to make contractual payment directly to the following creditor(s):
Miami-Dade County Tax Collector - for property taxes on 26549 S.W. 129th Ave., Homestead, Florida

**100% Provision**

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

**Lawsuit/Litigation/Claim Provision**

The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit or claim which are not exempt to the unsecured creditors.

Dated: August 14, 2017

_____/s/_____
Jordan E. Bublick

**Jordan E. Bublick, P.A.,  Jordan E. Bublick, Fla. Bar No. 381624, Attorney for Debtor(s), 20801 Biscayne Blvd., Suite 423, P.O. Box 545941, Miami, FL 33154 Tel.: (305) 891-4055 Fax: (305) 503-7231 E-Mail: jbublick@bublicklaw.com**

LF-31 (rev. 1/8/10)

10/26/13